*Oliver Stevenson Jr.*
*17 Ash Street*
*Mont Alto PA  17237-9645*
*717-749-7105*
<u>bando@yellowbananas.com</u>

March 18, 2002

To: US District Court
Y. Kane, Judge
℅ Court Clerk
Post Office Box 983
228 Walnut Street
Harrisburg PA. 17108



Subject: Docket # 1:CV-00-0274
Oliver Stevenson Jr.
v.
William J. Henderson, Postmaster General,
United States Postal Service, et al

### MOTION TO PROCEED AS PER YOUR NOVEMBER 20, 2001 ORDER

**Plaintiff is in receipt of the US Attorney's MOTION TO EXTEND THE CASE MANAGE-MENT ORDER, dated March 15, 2002. US Attorney requests an extension of forty-five (45) days for all deadlines contained in your November 20, 2001 Case Management Order.**

**Plaintiff opposes this motion for the following:**

1) Plaintiff met the Discovery deadline, and forwarded to the Defendant all of the information the Defendant requested well within the prescribed time.

2) Plaintiff met all of his obligations and requirements even though Plaintiff is acting *pro se* while working a job that requires him to work 70 to 80 hours a week.

3) Defendant waited until the actual date of the Discovery deadline March 15, 2002 to request the extension.

4) Defendant has not met the Discovery request of the Plaintiff, even though the deadline has since passed.

Respectfully submitted,

Oliver Stevenson Jr.

cc: Matthew E. Haggerty
Assistant US Attorney
United States Attorney's Office
235 North Washington Avenue, Room 30
Scranton PA. 18501