

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER STEVENSON, JR., | : | |
| Plaintiff | : | CIVIL NO. 1:CV-00-0274 |
| | : | |
| v | : | (Kane, J.) |
| | : | |
| WILLIAM J. HENDERSON, | : | |
| POSTMASTER GENERAL, UNITED | : | |
| STATES POSTAL SERVICE, | : | |
| Defendants | : | |

FILED
SCRANTON

APR 0 8 2002

PER /M/
DEPUTY CLERK

### SECOND MOTION TO EXTEND THE CASE MANAGEMENT ORDER

Defendant, William J. Henderson by and through his counsel, Matthew E. Haggerty, Assistant United States Attorney, United States Attorney's Office for the Middle District of Pennsylvania, hereby moves your honorable Court for the second time for an extension of all deadlines contained in the November 20, 2001 Case Management Order for sixty days (60) days. In support of this Motion the Defendant avers as follows:

1. On November 20, 2001, Your Honor handed down a Case Management Order setting certain deadlines for this case. As part of that Order Your Honor ordered March 15, 2002, to be the close of fact discovery.

2. On March 15, 2002, the undersigned filed a Motion To Extend Discovery Deadlines in order to depose the plaintiff regarding his claims in this case.

3. In the last few months counsel for the Defendant has been in the process of obtaining fact discovery through Interrogatories and has received information from the Plaintiff in response to those Interrogatories.

4. In the past few weeks counsel has been reviewing the information that has been provided by the Plaintiff.

5. Counsel is requesting this sixty (60) day extension of the Case Management Order because he has been selected by the Department of Justice to assist with preparation in the trial of <u>United States v Zacarias Moussaoui</u> who has been indicted by the Department of Justice for his alleged involvement in the September 11, 2001, attacks on the World Trade Center and the Pentagon. Counsel will be unavailable for the next six weeks.

6. Counsel will schedule the Plaintiff's deposition upon receipt of the Court's Order authorizing this extension of time.

7. Because Plaintiff is proceeding pro se, the undersigned has not contacted him for his concurrence or non-concurrence in this matter pursuant to M.D. Pa. Local Rule 7.1.

WHEREFORE, Defendant William J. Henderson respectfully requests your Honorable Court to enter the attached Order extending the case management deadlines for sixty days from today.

Respectfully submitted,

MARTIN C. CARLSON
United States Attorney

MATTHEW E. HAGGERTY
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OLIVER STEVENSON, JR., :
        Plaintiff : CIVIL NO. 1:CV-00-0274
        :
     V. : (Kane, J.)
        :
WILLIAM J. HENDERSON, :
POSTMASTER GENERAL, UNITED :
STATES POSTAL SERVICE, :
        Defendants :

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    This 8th day of April, 2002, she served a copy of the attached

**SECOND MOTION TO EXTEND THE CASE MANAGEMENT ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

ADDRESSEE(S)

Oliver Stevenson, Jr.
17 Ash Street
Mont Alto, PA 17237-9645


                                      *May J. Miller*
                                      May J. Miller
                                      Legal Assistant