*Oliver Stevenson Jr.*
*17 Ash Street*
*Mont Alto PA  17237-9645*
*717-749-7105*
*bando@yellowbananas.com*

**JUDGE'S COPY** April 10, 2002

FILED
HARRISBURG
APR 1 2 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

To: US District Court
    Y. Kane, Judge
    % Court Clerk
    Post Office Box 983
    228 Walnut Street
    Harrisburg PA. 17108

Subject: Docket # 1:CV-00-0274
         Oliver Stevenson Jr.
                v.
         William J. Henderson, Postmaster General,
         United States Postal Service, et al

*J. Kane*

## MOTION FOR A BENCH JUDGEMENT IN FAVOR OF THE PLAINTIFF

Plaintiff requests that a bench judgment be awarded in favor of the Plaintiff in this matter.

Plaintiff requests this for the following reasons:

1) Defendant has not followed any of your deadlines outlined in your Case Management Order dated November 20, 2001.

2) Plaintiff met all of his obligations and requirements of said Case Management Order.

Respectfully submitted,

*[signature]*

Oliver Stevenson Jr.

cc: Matthew E. Haggerty
    Assistant US Attorney
    United States Attorney's Office
    235 North Washington Avenue, Room 30
    Scranton PA. 18501