Oliver Stevenson Jr.
17 Ash Street
Mont Alto PA 17237-9645
717-749-7105
bando@yellowbananas.com

**JUDGE'S COPY**    April 10, 2002

To: US District Court
Y. Kane, Judge
% Court Clerk
Post Office Box 983
228 Walnut Street
Harrisburg PA. 17108

FILED
HARRISBURG
APR 1 2 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Subject: Docket # 1:CV-00-0274
Oliver Stevenson Jr.
v.
William J. Henderson, Postmaster General,
United States Postal Service, et al

### MOTION TO PROCEED AS PER YOUR NOVEMBER 20, 2001 ORDER

Plaintiff is in receipt of the US Attorney's **SECOND MOTION TO EXTEND THE CASE MANAGEMENT ORDER**, dated April 10, 2002. US Attorney requests an extension of sixty (60) days for all deadlines contained in your November 20, 2001 Case Management Order.

Plaintiff opposes this motion for the following:

1) Plaintiff met the requirements of the Case Management Order you issued on November 20, 2001.

2) The Defendant has yet to respond to the Plaintiff's request in Discovery, even though the March 15, 2002 deadline has long since passed.

Respectfully submitted,

Oliver Stevenson Jr.

cc: Matthew E. Haggerty
Assistant US Attorney
United States Attorney's Office
235 North Washington Avenue, Room 30
Scranton PA. 18501