IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER STEVENSON, JR.,<br>Plaintiff | :<br>:<br>: | CIVIL ACTION NO.<br>1:CV-00-274 |
| v. | :<br>: | Judge Kane |
| WILLIAM J. HENDERSON,<br>POSTMASTER GENERAL, UNITED<br>STATES POSTAL SERVICE,<br>Defendant | :<br>:<br>:<br>: | |

FILED
HARRISBURG
APR 1 6 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**O R D E R**

AND NOW this 16th day of April, 2002, **IT IS HEREBY ORDERED THAT** defendant's motions for extension of the case management deadlines (docs. 11 and 13) are **GRANTED**. **IT IS FURTHER ORDERED THAT** the case management order dated November 21, 2001 is **AMENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | June 28, 2002 |
| Report of Experts: | July 12, 2002 |
| Response Reports to Experts Report: | July 26, 2002 |
| Dispositive Motions and Supporting Briefs Due: | August 16, 2002 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | October 25, 2002 |
| Motions In Limine Due: | November 1, 2002 |
| Pretrial Memoranda Due: | November 15, 2002 |
| Pretrial and Settlement Conference: | November 18, 2002 - 2:00 p.m. |
| Proposed Voir Dire Questions Due: | November 27, 2002 |
| Jury Selection and Trial: | December 2, 2002 - 9:30 a.m. |

Yvette Kane
United States District Judge