IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLIVER STEVENSON, Jr.,** | : | **CIVIL ACTION NO. 1:CV-00-0274** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **WILLIAM J. HENDERSON,** | : | |
| **Postmaster General,** | : | |
| **United States Postal Service, et al.,** | : | |
| **Defendants.** | : | |

FILED
HARRISBURG

JUL 1 0 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

On April 12, 2002, Plaintiff filed a motion styled as a "motion for a bench judgement in favor of the plaintiff." However, Plaintiff has failed to file a brief in support of his motion, as required by Local Rule 7.5. Plaintiff is reminded that all parties proceeding before this Court must comply with the Local Rules, as well as with the Federal Rules of Civil Procedure. Copies of these rules are available from the Clerk of Court, as well as at

http://www.pamd.uscourts.gov/docs/l-rules.htm, and

http://www.pamd.uscourts.gov/court-links.htm.

**AND NOW**, therefore, **IT IS ORDERED THAT** Plaintiff's "motion for a bench judgement in favor of the plaintiff" is deemed **WITHDRAWN**.

_____
Yvette Kane
United States District Judge

Dated: July 10, 2002.