


# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVER STEVENSON, JR., | : |
| Plaintiff | :  CIVIL NO. 1:CV-00-0274 |
| v | :  (KANE, J.) |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : |
| Defendants | : |



FILED
SCRANTON
AUG 16 2002
PER ___
DEPUTY CLERK

## MOTION FOR SUMMARY JUDGMENT

Defendant, William J. Henderson by and through his counsel, Matthew E. Haggerty, Assistant United States Attorney, United States Attorney's Office for the Middle District of Pennsylvania, hereby moves your honorable Court for Summary Judgment in the above captioned case pursuant to Rule 56(b) of the federal Rules of Civil Procedure. Also, pursuant to this Court's Order of April 16, 2002, a supporting brief is filed this same day.

WHEREFORE, Defendant William J. Henderson respectfully requests your Honorable Court to enter the attached Order granting Summary Judgment to the Defendant.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

MATTHEW E. HAGGERTY
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVER STEVENSON, JR. | : | CIVIL ACTION NO. |
| Plaintiff | : | 1:CV-00274 |
| v. | : | (KANE, J.) |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

This 12th day of April, 2002, she served a copy of the attached

MOTION FOR SUMMARY JUDGMENT

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

ADDRESSEE(S)
Oliver Stevenson, Jr.
17 Ash Street
Mont Alto, PA 17237

May Miller
Legal Assistant