

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN TOWER v. ZONING | : | 1:CV-00-2234 |
| NORTHLAND v. LINCOLN | : | 1:CV-01-0763 |
| UNITED STATES v. BROWN | : | 1:CV-01-0813 |
| ADAMS v. MASSANARI | : | 1:CV-01-0911 |
| MAZZAMUTO v. UNUM PROVIDENT | : | 1:CV-01-1157 |
| DEVORE v. THYSSEN | : | 1:CV-01-1462 |
| SOTO-RAMIREZ v. ASHCROFT | : | 1:CV-01-1555 |
| KENAVAN v. CHESNEY | : | 1:CV-01-1616 |
| WATERS v. MASSANARI | : | 1:CV-01-1773 |
| CONSECO v. TRUCK TECH | : | 1:CV-01-1778 |
| ASBESTOS v. USA | : | 1:CV-01-2253 |
| WILLIAMS v. COMMONWEALTH | : | 1:CV-01-2345 |
| COFFINO v. INS | : | 1:CV-01-2358 |
| ROSE v. COUNTY | : | 1:CV-02-0191 |
| FOUNDRY INS. v. EMPLOYER INS. | : | 1:CV-02-0212 |
| SWARTSWELDER v. LEBANON | : | 1:CV-02-0296 |
| NATIONWIDE v. ALLEMAN | : | 1:CV-02-0351 |
| ALDINGER v. SPECTRUM CONTROL | : | 1:CV-02-0572 |
| BUTLER v. YATES | : | 1:CV-02-0674 |
| SHELBY CASUALTY v. STEINER | : | 1:CV-02-0923 |
| JENNINGS v. KYLER | : | 1:CV-02-1177 |

### ORDER

The Clerk of Court is directed to reassign the above civil cases to the Honorable Christopher C. Conner, United States District Judge, Harrisburg, Pennsylvania.

Yvette Kane, Judge
United States District Court

Dated: September 17, 2002