Oliver Stevenson Jr.
17 Ash Street
Mont Alto PA 17237-9645
717-749-7105
bando@southpenn.net

September 30, 2002

To: US District Court
Christopher C. Conner
% Court Clerk
Post Office Box 983
228 Walnut Street
Harrisburg PA. 17108

FILED
HARRISBURG, PA

OCT 0 8 2002

MARY E. D'ANDREA, CLERK
Per _____

Subject: Docket # 1:CV-00-0274
Oliver Stevenson Jr.
v.
William J. Henderson, Postmaster General,
United States Postal Service, et al

### OPPOSITION TO A MOTION FOR SUMMARY JUDGEMENT

Plaintiff is in receipt of the US Attorney's **MOTION FOR SUMMARY JUDGEMENT** dated AUGUST 16, 2002. US Attorney requests A Summary Judgment in the above-mentioned case.

Plaintiff opposes this motion for the following:

1) Defendant has not presented any new facts in this case; rather he simply changes the facts to suit his needs.

2) Plaintiff requests that this case proceed as per schedule.

3) Plaintiff feels that only through a hearing of all of the facts in this case can a judgment be issued.

Plaintiff does note that he has exceeded a time limit in answering this motion; he simply felt that the motion by the defendant was so riddled with half-truths and bias towards the Defendant that he didn't need to respond.

Plaintiff also begs the Court's indulgence in his failure to respond to the Defendant's motion within the proscribed time period, he simply was not aware that he was required to respond to it at all.

The Plaintiff believes that the facts of this case will speak for themselves when all is said and done.

Respectfully submitted,

Oliver Stevenson Jr.