AO 450 (Rev. 5/85) Judgment in a Civil Case



# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

Oliver Stevenson, Jr.,
　　Plaintiff

v.　　　　　　　　　　CASE NUMBER: 1:00-CV-0274

William J. Henderson, Postmaster General,
United States Postal Service,
　　Defendant



FILED
HARRISBURG, PA
OCT 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT SUMMARY JUDGMENT BE AND IS HEREBY entered in favor of the Defendant, William J. Henderson, Postmaster General, United States Postal Service, and against the Plaintiff, Oliver Stevenson, Jr.

Date: October 29, 2002　　　　　　　　Mary E. D'Andrea, Clerk of Court

　　　　　　　　　　　　　　　　　　(By) Kimberly A. McKinney, Deputy Clerk